UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
OF FLORIDA

FILED by _____ D.C.

NOV 26 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**PATRICIA ABRAM-ADAMS,**

                Plaintiff,

v.

**ALDI INC.**

                Defendant.

**JOB DISCRIMINATION (EMPLOYMENT)**

**JOB DISCRIMINATION (RACE)**

**JOB DISCRIMINATION (AGE)**

CASE NO.   12-81164

**PLAINTIFF RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff appearing pro se provides this response to the Court's order dated October 31, 2012 **(D.E. 6)** requiring Plaintiff to show cause on why this Court should not recommend to the District Court that Plaintiff's Complaint be dismissed as untimely and for failure to exhaust administrative remedies prior to filing this lawsuit. Plaintiff respectfully states:

**INTRODUCTION**

On October 22, 2012, Plaintiff filed Federal case # 12-81164 complaint **(D.E. 1)** accompanied with the September 21, 2012 Notice of Dismissal (right to sue) as well as the October 8, 2012 Notice of Dismissal (right to sue) issued from the Florida Commission on Human Relations in EEOC Charge # 510-2012-00916, FCHR case # 201200984. The Florida Commission on Human Relations issued the right to sue for filing in the State Court or the Federal Court subsequent to Plaintiff requesting the right to sue from the Florida Commission on Human Relations in the August 31, 2012 letter to Investigations Manager, Michael Bowen. Because of the request for the right to sue in the August 31, 2012 letter, Plaintiff received a

1

FCHR Election of Rights Form from the Florida Commission on Human Relations in order to request the right to sue from the Florida Commission on Human Relations and the U.S. Equal Employment Opportunity Commission. Plaintiff received the Notice of Dismissals (right to sue) from the Florida Commission on Human Relations; however, Plaintiff received the EEOC right to sue on or about November 9, 2012 from the U.S. Equal Employment Opportunity Commission; subsequent to making another request for the EEOC right to sue in EEOC charge # 510-2012-00916. Plaintiff filed the October 22, 2012 complaint **(D.E. 1)** because of the fact that Federal Questions apply, because of Federal law violations.

Notwithstanding the foregoing, Plaintiff exhibits EEOC charge # 510-2012-00916 complaint; EEOC charge # 510-2012-00916 right to sue, as well as statement, which complies with the October 31, 2012 **(D.E. 6)** order of the court. In addition, Plaintiff files the FCHR Election of Rights Form, which states the requests for the right to sue from the Florida Commission on Human Relations and the U.S. Equal Employment Opportunity Commission.

**BRIEF PROCEDURAL BACKGROUND**

On or October 22, 2012, the filing of the complaint **(D.E. 1)** in Federal case # 12-81164 transpired.

On or October 22, 2012, the filing of the Motion For Leave To Proceed in Forma Pauperis **(D.E. 3)** transpired.

On or about October 29, 2012, the filing of the Order of Reference **(D.E. 4)** transpired.

On or about October 29, 2012, the filing of the Order of Pretrial Procedures **(D.E. 5)** transpired.

On or about October 31, 2012, the filing of the Order to Show Cause **(D.E. 6)** transpired.

On or about November 7, 2012, the filing of the Motion For Extension To File Order To Show Cause **(D.E. 7)** transpired.

On or about November 8, 2012, the filing of the Order Granting Pro Se Plaintiff's Motion For Extension Of Time To File Response To Order To Show Cause **(D.E. 8)** transpired.

**ARGUMENT**

Derived from the copy of the EEOC right to sue in EEOC charge # 510-2012-00916, EEOC charge # 510-2012-00916 complaint, September 11, 2012 FCHR Election of Rights Form, as well as the brief statement, granting of the Plaintiff Response To Order To Show Cause moves this case forward in the above styled legal matter because of compliance with the October 31, 2012 Order To Show Cause To Plaintiff **(D.E. 6)**.

**CONCLUSION**

Plaintiff filed the October 22, 2012 complaint **(D.E. 1)** because of the fact that Federal Questions apply, derived from Federal law violations. Furthermore, Plaintiff complied with the October 31, 2012 Order To Show Cause **(D.E. 6)**.

**WHEREFORE**, Plaintiff asks that this court grant **PLAINTIFF RESPONSE TO ORDER TO SHOW CAUSE**.

Respectfully submitted:

_____
Name:      Patricia Abram-Adams, pro se
Address:   240 S.W. 3rd Court
           Deerfield Beach, FL 33441
E-Mail:    patricia.abramadams@gmail.com

Dated this 23rd day of November 2012

3

## CERTIFICATE OF SERVICE[1]

I certify that a copy of **PLAINTIFF RESPONSE TO ORDER TO SHOW CAUSE** mailing transpires to Aldi Inc., 1200 N. Kirk Road, Batavia, IL 60510, amid the summons, complaint, exhibits, as well as Order of Pretrial Procedures **(D.E. 5)**.



---

[1] This certificate of service pertains to the Plaintiff Response To Order To Show Cause.